**DLD-220**

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **25-2319**

NOEL SALGADO, Appellant

VS.

UNITED STATES OF AMERICA

(D.N.J. Civ. No. 2:24-cv-00322)

Present: RESTREPO, FREEMAN, and NYGAARD, Circuit Judges

    Submitted are:

    (1) Government's Response to letter advising the case will be submitted for a certificate of appealability;

    (2) Appellant's motion for a certificate of appealability

    in the above-captioned case.

                        Respectfully,

                        Clerk

_____ORDER_____

    Appellant's request for a certificate of appealability is denied because jurists of reason would agree, for essentially the reasons provided by the District Court, that Appellant's claims lack merit or are procedurally defaulted. See 28 U.S.C. § 2253(c)(2); Miller-El v. Cockrell, 537 U.S. 322, 336 (2003). Additionally, the District Court did not abuse its discretion in denying the motion for reconsideration. See United States v. Dupree, 617 F.3d 724, 732 (3d Cir. 2010).

                        By the Court,

                        s/ Richard L. Nygaard
                        Circuit Judge

Dated: October 8, 2025
Tmm/cc: Noel Salgado
       Mark E. Coyne, Esq.
       Steven G. Sanders, Esq.



A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate